AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

BRIAN KAMEDULA,

       Petitioner,           **JUDGMENT IN A CIVIL CASE**

   V.

                            CASE NUMBER:**3:10-CV-00153-LRH-RAM**

GREG SMITH, et al.,

       Respondents.

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice as untimely. FURTHER ORDERED that a certificate of appealability is DENIED.

 September 23, 2010                    **LANCE S. WILSON**
                                   Clerk

                              /s/ M. Campbell
                              Deputy Clerk